556

No. 878. CORNELL STEAMBOAT CO. *v.* SHAMROCK TOW-ING CO.; and

No. 879. SAME *v.* JAMES A. MEENAN, INC. May 16, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioner. *Mr. Edward Ash* for Shamrock Towing Co. *Mr. John W. Griffin* for James A. Meenan, Inc.

No. 818. KERR GLASS MFG. CORP. *v.* SUPERIOR COURT OF WASHINGTON, KING COUNTY, ET AL. See same case, *ante,* p. 532.

No. 952. .NACHMAN *v.* UNITED STATES. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Nachman, pro se.* No appearance for the United States.

No. 676. HART GLASS MFG. CO. *v.* UNITED STATES. May 23, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Charles D. Hamel, John Enrietto, Frank C. Olive,* and *Alan E. Gray* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Ralph C. Williamson, Bradley B. Gilman,* and *Wilbur H. Friedman,* for the United States.